UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>AMERICAN COAST MORTGAGE CORPORATION, et al.,<br><br>         Defendants. | Case No.  4:19-cv-06207-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 24 |

On May 4, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: May 4, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge